

## NUMBER 13-03-00707-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**SERGIO VELA BARRERA,**                                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                       **Appellee.**

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

### MEMORANDUM OPINION
**Before Justices Yañez, Rodriguez, and Garza**

### MEMORANDUM OPINION  PER CURIAM

In 2007, this Court issued an opinion in this case.[1]  The State appealed, and the court

of criminal appeals reversed a portion of our judgment and remanded to the trial court.[2]

---

[1] *Barrera v. State*, 235 S.W.3d 326, 332-33 (Tex. App.–Corpus Christi 2007), *rev'd* No. PD-1642-07, 2008 Tex. Crim. App. LEXIS 857 (Tex. Crim. App. Sept. 10, 2008).

[2] *Barrera*, 2008 Tex. Crim. App. LEXIS 857 at *8.

criminal appeals reversed a portion of our judgment and remanded to the trial court.

The court of criminal appeals announced that appellant died on May 1, 2008.[3] Noting that "[t]he death of an appellant during the pendency of an appeal deprives both [the court of criminal appeals] and the court of appeals of jurisdiction," the court of criminal appeals withdrew its opinion in the case and ordered all further proceedings in the case permanently abated.[4]

Similarly, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we withdraw our opinion in this case, and order the appeal permanently ABATED.[5]

PER CURIAM

Do not publish
TEX R. APP. P. 47.2(b)

Delivered and filed
the 11th day of March, 2010.

---

[3] *Barrera*, No. PD-1642-07, 2008 Tex. Crim. App. Unpub. LEXIS 897, at *2 (Tex. Crim. App. Nov. 26, 2008) (per curiam)

[4] *Id.* (citing *Garcia v. State*, 840 S.W.2d 957, 958 (Tex. Crim. App.1992)); *see also Rheinlander v. State*, 918 S.W.2d 527, 527 (Tex. Crim. App. 1996) (per curiam).

[5] *See* TEX. R. APP. P. 7.1 (a)(2) ("If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated."); *Barrera*, 2008 Tex. Crim. App. Unpub. LEXIS 897, at *2 .

2